UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| ROBERT J. MONACO, | |
|---|---|
| Plaintiff, | Case No.: 1:25-cv-1387(NCM)(VMS) |
| -against- | |
| CITY UNIVERSITY OF NEW YORK and SCOTT CALLY, | |
| Defendants. | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

    I, Edwin Gonzalez, of legal age and an employee of Menken Simpson & Rozger LLP, affirms the following under the penalties of perjury, Pursuant to the Honorable Vera M. Scanlon's order ECF [Dkt# 7]that on March 27, 2025 via U.S. Certified Mail and Return Receipt(copies attached), served a true and accurate copy of the afore mentioned order along with the Joint Proposed Civil Case Management Plan and the Full Public Docket to the City University of New York and Scott Cally to the Office of The Senior Vice Chancellor for Legal Affairs and the General Counsel located at 205 East 42nd Street, 11th Fl. New York, NY 10017.

Dated: New York, New York
       March 27, 2025

                                                          Edwin Gonzalez

MENKEN SIMPSON & ROZGER LLP
80 PINE STREET, 33RD FLOOR
NEW YORK, NEW YORK 10005

FIRST-CLASS

9589 0710 5270 3019 5534 96

City University of New York
c/o Office of The Senior Vice Chancellor
for Legal Affairs and the General Counsel
205 East 42nd Street 11th Floor
New York, NY 10017



CERTIFIED MAIL

9589 0710 5270 3019 5534 89

MENKEN SIMPSON & ROZGER LLP
80 PINE STREET, 33RD FLOOR
NEW YORK, NEW YORK 10005

City University of New York
c/o Office of The Senior Vice Chancellor
for Legal Affairs and the General Counsel
205 East 42nd Street 11th Floor
New York, NY 10017

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

City University of New York
c/o Office of the Senior Vice Chancellor
for Legal Affairs & the General Counsel
205 East 42nd Street 11th Floor
New York, NY 10017

9590 9402 9129 4225 0241 67

2. Article Number (Transfer from service label)

9589 0710 5270 3019 5534 89

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

City University of New York
c/o Office of the Senior Vice Chancellor
for Legal Affairs & the General Counsel
205 East 42nd Street 11th Fl.
New York, NY 10017

9590 9402 9129 4225 0241 74

2. Article Number (Transfer from service label)

9589 0710 5270 3019 5534 96

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt