UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
ROBERT J. MONACO,

Case No. 25-cv-1387

        Plaintiff,

-against-

**NOTICE OF APPEARANCE**

CITY UNIVERSITY OF NEW YORK and
SCOTT CALLY,

        Defendants.
---------------------------------------------------------x

**PLEASE TAKE NOTICE** that Raya F. Saksouk, Senior Associate of the law firm of Menken Simpson & Rozger LLP and an attorney duly admitted to practice in the Eastern District of New York, hereby appears in this case as counsel for Plaintiff Robert J. Monaco.

Dated: July 22, 2025
       New York, New York

**MENKEN SIMPSON & ROZGER LLP**

/s/

Raya F. Saksouk
80 Pine St., 33rd Fl.
New York, NY 10005
(212) 509-1616
rsaksouk@nyemployeelaw.com