UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------- x

ROBERT J. MONACO,

Plaintiff, 1:25-cv-01387-NCM-VMS

-against-

CITY UNIVERSITY OF NEW YORK and SCOTT CALLY,

Defendants.
---------------------------------------------------------------------------- X

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Hayley N. Bronner, respectfully request withdrawal of my appearance as counsel for Defendants City University of New York and Scott Cally ("Defendants"). I further request removal from the Court's electronic filing notification system for this action.

I submit this request because, as of December 5, 2025, I will no longer be employed by the New York City Law Department.

Ms. Shemori Corinthian of the New York City Law Department is and will remain counsel of record for Defendants in this action.

Accordingly, I respectfully request that the Court grant the withdrawal of my appearance as counsel for Defendants in this action, and that the Clerk be directed to terminate my appearance, including removal from the Court's electronic filing notification system for this action.

Dated: New York, New York
December 4, 2025

**MURIEL GOODE-TRUFANT**
Corporation Counsel of the City of New York
Attorneys for Defendants
100 Church Street, Room 2-172
New York, New York 10007
(212) 356-2460
habronne@law.nyc.gov

By: Hayley N. Bronner
Hayley N. Bronner
Assistant Corporation Counsel