**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**SHEMORI S. CORINTHIAN**
Labor and Employment Law Division
phone: (212) 356-4076
fax: (212) 356-1148
email: scorinth@law.nyc.gov

August 5, 2026

**Via ECF**
Hon. Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, New York 11201

Re: Robert Monaco v. City University of New York, et al
No. 25-CV-1387 (NCM) (VMS)

Dear Judge Scanlon:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, for the Defendants City University of New York and Scott Cally in the above-referenced matter. Pursuant to the Court's June 2nd Order, the parties respectfully submit this joint status letter (currently due on August 7). The parties also write to respectfully request an extension of time to complete fact discovery. To date, the parties have exchanged their Initial Disclosures, exchanged and responded to initial requests for production and initial sets of interrogatories, exchanged documents and voluminous ESI, marking the completion of most of the document discovery likely to occur in this action. As a result of this discovery, the parties, after several discussions, believe that they are in a position to meaningfully pursue settlement in a productive and informed manner for the first time since this litigation was filed.

Currently, the fact discovery deadline is August 21, 2026, and the parties are jointly requesting a 60-day extension of the fact discovery deadline to October 21, 2026. This is Defendants' second request to extend this deadline, in which Plaintiff joins for the first time. The requested 60-day extension is necessary to allow the parties to focus their efforts on settlement, in addition to ongoing document discovery (including working through disputes and the handling of certain confidential information), the completion of depositions, and because of counsels' workload in unrelated matters and availability over the next several weeks. While the parties had scheduled depositions for late July and early August, following productive conversations concerning settlement, the parties held off on conducting the depositions in order to save resources. Moreover, counsel for Defendants was out of office from July 30 through August 3. Further, Plaintiff's counsel will be away from August 24, 2026, through September 7, 2026. Plaintiff's counsel also has a continued briefing and oral argument on a series of substantial motions on September 11, an appellate argument on September 15, 2026, in New Jersey, and a JAMS

arbitration scheduled for the entire week of September 28, 2026, with pre-hearing submissions due throughout September. These conflicts materially affect the parties' ability to complete the remaining meet-and-confer process, pursue settlement discussions, and schedule and prepare for depositions within the existing discovery schedule.

The granting of this extension of time will affect more than one deadline. Pursuant to Your Honor's Individual Practice Rules, the parties propose the following revised dates:

• initial expert disclosures, if any, to be served by October 21, 2026;

• initial expert reports to be exchanged by December 7, 2026;

• initial rebuttal reports to be exchanged by January 22, 2027;

• expert discovery closes on February 10, 2027.

• a joint letter from the parties certifying the close of discovery to be submitted on February 22, 2027.

• Dispositive motion practice to commence on or before March 22, 2027, or the proposed JPTO must be filed on or before March 31, 2027.

The parties thank the Court for its consideration of this request and attention to this matter.

Respectfully submitted,

/s/ Shemori S. Corinthian

Shemori S. Corinthian
Assistant Corporation Counsel

cc: All counsel (Via ECF)