BRUCE E. MENKEN
SCOTT SIMPSON
JASON J. ROZGER*
RAYA F. SAKSOUK
BRENNA RABINOWITZ[△]
SAMUEL J. SALINGER

MSR Menken Simpson & Rozger LLP

ALAN SERRINS
OF COUNSEL

*ALSO ADMITTED IN NEW JERSEY

[△]ALSO ADMITTED IN PENNSYLVANIA

225 BROADWAY / SUITE 920 / NEW YORK, NY / 10007
(212) 509-1616
WWW.NYEMPLOYEELAW.COM

September 3, 2026

**VIA ECF**
Hon. Vera M. Scanlon, U.S.M.J.
U.S. District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Robert J. Monaco v. City University of New York, et al.*
No. 25-cv-01387-NVM-VMS

Dear Judge Scanlon:

This firm represents Plaintiff Robert Monaco in the above-captioned action. I write jointly with Defendants pursuant to Your Honor's September 1, 2026 text order to confirm that the parties will not be engaging in any expert discovery in this matter.

The parties thank the Court for its time and attention.

Respectfully submitted,

*/s/ Raya F. Saksouk*
Raya F. Saksouk

cc: All Counsel of Record (via ECF)