**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

SHEMORI CORINTHIAN
Labor and Employment Law Division
(212) 356-4076
scorinth@law.nyc.gov

September 16, 2026

**VIA ECF**

Hon. Vera M. Scanlon
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, NY 11201

Re: Robert J. Monaco v. City University of New York, et al.
No. 25-cv-01387-NVM-VMS

Dear Judge Scanlon:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and I represent Defendants in the above-referenced matter. I write to provide additional details regarding Plaintiff's September 14th request to extend the fact discovery deadline and to respectfully request that the Court extend the deadline for the close of fact discovery from October 23, 2026, to November 6, 2026. See Dkt. No. 55. This is Defendants' third request to extend the fact discovery deadline, with the Court having granted the two prior requests.

Defendants were prepared to proceed with Scott Cally's deposition on September 21, 2026, as previously ordered by the Court. On September 14, 2026, at 4:53 p.m., Plaintiff's counsel contacted the undersigned to seek Defendants' position regarding rescheduling Mr. Cally's deposition to October 8th or 9th, 2026, and extending the fact discovery deadline to October 23, 2026. The undersigned consented to Plaintiff's requested extension, but advised that she had contacted Mr. Cally to inquire about his availability on those dates and would confirm his availability as soon as she received a response. Rather than wait for confirmation of Mr. Cally's availability, Plaintiff's counsel filed the requested extension with the Court later that evening, after 10:00 p.m., making a representation that he intended to depose Mr. Cally within the first two weeks of October 2026.

On September 15, 2026, the undersigned learned that Mr. Cally is unavailable on October 8 or 9, 2026. Mr. Cally's next available dates are October 29th and November 3rd, 2026. The undersigned promptly relayed this information to Plaintiff's counsel that same day and asked

whether Plaintiff could advise the Court of Mr. Cally's updated availability and instead seek a modest extension of the fact discovery deadline through November 6, 2026. Plaintiff's counsel declined. Rather, Plaintiff's counsel has advised that, although he now knows Mr. Cally is unavailable during the first two weeks of October, he nonetheless intends to move to compel Mr. Cally's deposition during that period.

In light of the foregoing circumstances, Defendants respectfully request that the Court extend the close of fact discovery from October 23, 2026 to November 6, 2026, to permit the parties to complete Mr. Cally's deposition and to resolve other pending discovery disputes.

Respectfully Submitted,

By: /s/ *Shemori S. Corinthian*
Shemori S. Corinthian

CC: All counsel (VIA ECF)