BRUCE E. MENKEN
SCOTT SIMPSON
JASON J. ROZGER*
RAYA F. SAKSOUK
BRENNA RABINOWITZ△
SAMUEL J. SALINGER

MSR Menken Simpson & Rozger LLP

ALAN SERRINS
OF COUNSEL

*ALSO ADMITTED IN NEW JERSEY

△ALSO ADMITTED IN PENNSYLVANIA

225 BROADWAY / SUITE 920 / NEW YORK, NY / 10007
(212) 509-1616
WWW.NYEMPLOYEELAW.COM

September 16, 2026

**VIA ECF**
Hon. Vera M. Scanlon, U.S.M.J.
U.S. District Court for the
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, NY 11201

Re: *Robert J. Monaco v. City University of New York, et al.*
No. 25-cv-01387-NVM-VMS

Dear Judge Scanlon:

I represent the Plaintiff in the above-captioned matter. I write in response to Defendants' counsel's request for an extension of time filed minutes ago (ECF no. 56). To clarify my position: I did not want to ask the Court for a further extension of time to accommodate Defendant Cally's apparent scheduling issue without understanding why he was unavailable until October 29. When I asked Defendants' counsel, she could not provide a reason. I am available October 29 and November 3 to depose Defendant Cally if the Court grants Defendants' motion. I thank the Court for its patience and attention to this issue.

Respectfully submitted,

*/s/ Scott Simpson*

Scott Simpson